UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CARRIE J. NICHOLES

        Plaintiff,

V.                                              CIVIL ACTION NO

ADVANCED CREDIT MANAGEMENT, INC.

Defendant.                                  MAY 19, 2010

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692; Md. Ann. Code <u>Commercial Law</u> Maryland Consumer Debt Collection Act. § 14-204 et seq. ("MCDCA"); and the Md. Ann. Code <u>Commercial Law</u> Consumer Practices Act § 13-301 et seq.

2. The Court's jurisdiction is conferred by 15 U.S.C.1692k and 28 U.S.C. 1331 and 1367.

3. Plaintiff is a natural person who resides in Annapolis, MD.

4. Plaintiff is a consumer within the FDCPA.

5. Defendant is a debt collector within the FDCPA.

6. Defendant is a collector within the MCDCA.

7. Defendant is a foreign corporation engaged in the business of collecting debts from August 5, 1987, with a principal place of business located at 867 North 900

West, Orem, UT 84057 and is not licensed to collect debt in the Great State of Maryland.

8. The principal purpose of Defendant business is the collection of debts and Defendant regularly attempts to collect debts alleged to be due another.

9. Defendant communicated with Plaintiff or others on or after one year before the date of this action, in connection with collection efforts with regard to Plaintiff's disputed personal debt.

10. The Plaintiff was contacted by the Defendant via written letter dated 4/29/2010 (Exhibit "1") in an attempt to collect a debt alleged by Defendant to be owed by Plaintiff.

11. The Defendant stated in bold writing "** **LEGAL ACTION PENDING**",  when in fact no action was pending on the date of the letter. This statement is false, deceptive and misleading and in violation of §1692e.

12. The Defendant stated that a law suit was pending when in fact this alleged debt is time barred in the State of Maryland. This statement is false, deceptive and misleading and in violation of §1692e.

13. The Defendant was not licensed to collect debt in Maryland as required by the Maryland Collection Agency Act and a violation of the Maryland Consumer Debt Collection Act.

14. The Defendant stated in his letter, Exhibit "1", **"Carrie your account is seriously past due to avoid legal action, paying legal fees & having to appear in Court, your payments needs to be in our office by 5/13/2010."**

15. This statement is false, deceptive and misleading and in violation of S1692e.

16. The Defendant is an unlicensed collection agency and not a law firm, this Defendant can never file suit and this statement is false, deceptive and misleading and in violation of §1692e.

17. In the collection efforts, the Defendant violated the FDCPA; inter alia, section 1692e, f and g.

SECOND COUNT:

18. The allegations of the First Count are repeated and realleged as if fully set forth herein.

19. Within three years prior to the date of this action Defendant has engaged in acts and practices as to Plaintiff in violation of the Md. Ann. Code <u>Commercial Law</u> Maryland Consumer Debt Collection Act § 14-204 et seq. ("MCDCA").

20. Defendant has committed unfair or deceptive acts or practices within the meaning of the Md. Ann. Code <u>Commercial Law</u> Consumer Practices Act § 13-301 et seq.

WHEREFORE Plaintiff respectfully requests this Court to:

1. Award Plaintiff statutory damages pursuant to the FDCPA.

2. Award Plaintiff statutory damages pursuant to MDCDCA.

3. Award Plaintiff costs of suit and a reasonable attorney's fee.

4. Award such other and further relief as this Court may see fit.

THE PLAINTIFF

BY /S/ Bernard T. Kennedy
Bernard T. Kennedy, Esquire
The Kennedy Law Firm
P.O. Box 657
Edgewater, MD 21037
Ph  (443) 607-8901
Fax (443) 607-8903
Fed. Bar # Md26843
bernardtkennedy@yahoo.com