

PLAINTIFF'S EXHIBIT 1

Date 4-29-10

## LEGAL ACTION NOTICE

We do not understand why you have refused our efforts to make reasonable payment arrangements on your account. To avoid the costs of legal action & protect your credit rating please call our office within 24 hours!

Account # 2006   Account Balance 1781.61

Due Date 5/13/10

Amount Now Due 1781.61

Advanced Credit Management
867 North 900 West
Orem, UT 84057
801-224-6200

To Anne: Your account is seriously past due. To avoid legal action further additional fees & having to appear in court, your payment needs to be in our office by 5-13-10

**LEGAL ACTION PENDING**
**CALL IMMEDIATELY**

This is an attempt to collect a debt. Any information obtained will be used for that purpose. Please make all payments to Advanced Credit Management. Thank You